# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2357. MISTY DELANE JENKINS v. THE STATE.**

Misty Delane Jenkins was sentenced as a first offender for aggravated stalking. While on probation, she violated several special conditions of probation, and the trial court revoked her first offender status. Jenkins then filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of Jenkins' appeal is the revocation of her "first offender" probation, she was required to file an application for discretionary appeal in order to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). Jenkins' failure to file an application for discretionary appeal deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/09/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*